# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-24-5156-GF-JTJ** |
| **Plaintiff,** | |
| vs. | |
| **WILLIAM BRINTON,** | |
| **Defendant.** | **ORDER** |

Upon motion of the United States and for good cause shown, **IT IS ORDERED** that the bench trial in this case currently scheduled for December 5, 2024, is **VACATED and RESCHEDULED** for 9:00 a.m. on February 6, 2025, at the Missouri River Courthouse in Great Falls, Montana.

DATED this 4th day of December, 2024.

_____
John Johnston
United States Magistrate Judge